IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON FORD, | § | |
| | § | |
| *Plaintiff,* | § | SA-23-CV-00444-JKP |
| | § | |
| vs. | § | |
| | § | |
| SWIFT TRANSPORTATION CO. OF | § | |
| ARIZONA, LLC,  SWIFT | § | |
| TRANSPORTATION SERVICES, LLC, | § | |
| JOHN DOE 1, | § | |
| | § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is Defendants' Motion to Bifurcate [#12].  By their motion, Defendants Swift Transportation Co. of Arizona, LLC, and Swift Transportation Services, LLC ("the Swift Defendants") ask the Court to bifurcate this action pursuant to Texas Civil Practices and Remedies Code section 72.051 to 72.055.  On this day, the Court held an initial pretrial conference, at which counsel for all named and served parties[1] appeared via videoconference.  At the conference, Plaintiff consented to the requested bifurcation of the trial but objected to certain details in Defendants' proposed order. Accordingly, the Court will grant the motion and enter the following orders:

**IT IS THEREFORE ORDERED** that Defendants' Motion to Bifurcate [#12] is **GRANTED**.

---

[1] Counsel for Plaintiff indicated he would soon file a motion to substitute Roshane Lewis for Defendant John Doe 1, as Defendants have identified Mr. Lewis as the driver involved in the accident at issue.

1

**IT IS FURTHER ORDERED** that trial in this case is hereby **BIFURCATED** in accordance with Sections 72.051 to 72.055 of the Texas Civil Practices and Remedies Code.

SIGNED this 16th day of August, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE