UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**SHANNON FORD,**

    *Plaintiff*,

v.                                              Case No. SA-23-CV-0444-JKP

**SWIFT TRANSPORTATION SERVICES, LLC; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; and JOHN DOE 1,**

    *Defendants*.

### AGREED TAKE NOTHING JUDGMENT

**BE IT REMEMBERED** on this day came on to be heard the above-entitled and numbered cause, and the Court finds that it has jurisdiction over the parties and subject matter of this cause, and that Judgment should be entered that Plaintiff take nothing against Defendants by this cause.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the Plaintiff recover nothing from the Defendants named herein.

It is further **ORDERED, ADJUDGED, AND DECREED** that all costs of court be taxed against the party incurring same.

It is **ORDERED** that all relief not granted herein for or against every party to this cause is denied.

This order constitutes a final, appealable judgment.

**SIGNED this 15th day of November 2023.**

*/s/ Jason Pulliam*
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**